IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KOKA N. ELGIN, Special Administrator          PLAINTIFF
for the Estate of Pattie Jo Harrison, Deceased

v.        Case No. 4:18-cv-00915 BSM

SISSIE WILSON;                DEFENDANTS
SHAWN STEPHENS;
STEVE JEFFREY

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc No. 22] and Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of November 2019.

                  _____
                  UNITED STATES DISTRICT JUDGE