# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KOKA N. ELGIN**, Special Administrator  
for the Estate of Pattie Jo Harrison, Deceased  
                                                                 **PLAINTIFF**

v.                     Case No. 4:18-cv-00915 BSM

**SISSIE WILSON;**                                                  **DEFENDANTS**
**SHAWN STEPHENS;**
**STEVE JEFFREY**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice and the parties will bear their own costs.

IT IS SO ORDERED this 19th day of November 2019.

                                                                     _____  
                                                                     UNITED STATES DISTRICT JUDGE